NO. 07-04-0560-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

AUGUST 4, 2005

______________________________

MICHAEL LOU GARRETT, APPELLANT

V.

MARIO A. DEL FIERRO, ET AL., APPELLEE

_________________________________

FROM THE 181
ST
 DISTRICT COURT OF POTTER COUNTY;

NO. 91,954-B; HONORABLE JOHN BOARD, JUDGE

_______________________________

Before QUINN, C.J., and REAVIS and CAMPBELL, JJ.

MEMORANDUM OPINION

Appellant brought this interlocutory appeal from the denial of temporary relief.  The trial court has now rendered a final judgment in this action and appellant has perfected appeal of that order.  The final judgment renders moot appellant’s interlocutory appeal.  
Richard v. Mena
, 820 S.W.2d 372 (Tex. 1991).  We therefore dismiss this appeal as moot

James T. Campbell

         Justice

.